UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL SOTO,

        Plaintiff,                    21 **CIVIL** 5436 (PAE) (KHP)

    -v-                                   **JUDGMENT**

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 11, 2022, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. Should the Appeals Council remand to an Administrative Law Judge (ALJ), upon remand the ALJ will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, including offering plaintiff a new hearing, and issuing a new decision.

**Dated:**  New York, New York
           January 12, 2022

                                                        **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                                    **BY:**
                                                          **Deputy Clerk**